Submitted on record and briefs June 12, affirmed August 16, 2006

CHARLES W. GARNER,
*Appellant,*

*v.*

Brian BELLEQUE,
Superintendent,
Oregon State Penitentiary,
*Respondent.*

05C-10895; A128913

140 P3d 1197

David E. Groom filed the brief for appellant.

Hardy Myers, Attorney General, Mary H. Williams, Solicitor General, and Jennifer S. Lloyd, Attorney-In-Charge, Collateral Remedies and Capital Appeals, filed the brief for respondent.

Before Wollheim, Presiding Judge, and Brewer, Chief Judge, and Linder, Judge.*

PER CURIAM

Affirmed. *McDonald v. Belleque,* 206 Or App 655, 138 P3d 895 (2006).

---

* Linder, J., *vice* Ceniceros, S. J.